UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TERRY BLEDSOE and KELLI BLEDSOE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> WELLS FARGO HOME MORTGAGE, ) <br> ) <br> Defendant. ) | No. 4:18-cv-00325-AGF |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Wells Fargo Home Mortgage's ("Wells Fargo") motion (ECF No. 44) to strike Plaintiffs' sur-reply (ECF No. 38) in opposition to Wells Fargo's motion to dismiss, which Plaintiffs filed without leave of Court. The Court does not typically permit sur-replies, particularly in the absence of any new arguments raised in a movant's reply brief. Because Wells Fargo's reply brief (ECF No. 37) in support of its motion to dismiss did not raise any new arguments, no sur-reply is warranted.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Wells Fargo Home Mortgage's motion to strike Plaintiffs' sur-reply is **GRANTED**. ECF No. 44.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 16th day of May, 2018.